# NO. 12-14-00191-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *DR. JANINE CHARBONEAU, DVM,* *APPELLANT* | § | *APPEAL FROM THE 417TH* |
| *V.* | | |
| *DONALD PAUL ZRINY, LOURDES HILL ZRINY, COLLIN COUNTY, COLLIN COUNTY ANIMAL SERVICES DEPARTMENT, COLLIN COUNTY SHERIFF DEPARTMENT, DANNY DAVIS, MISTY BROWN, TERRY BOX, CHRIS WARE, RUSSELL DRIVER, JAMES KIRK, AND NATHAN HOLDER,* | § | *JUDICIAL DISTRICT COURT* |
| *APPELLEES* | § | *COLLIN COUNTY, TEXAS* |

## MEMORANDUM OPINION
## PER CURIAM

This appeal is being dismissed because Appellant has failed to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3. Pursuant to Rule 32.1, Appellant's docketing statement was due to have been filed at the time the appeal was perfected, i.e., June 3, 2014. *See* TEX. R. APP. P. 32.1. Because Appellant did not file her docketing statement at that time, this court requested by letter dated July 11, 2014, that she file her docketing statement within ten days if she had not already done so. Appellant did not file the docketing statement as requested.

In a second notice dated July 29, 2014, the court advised Appellant that the docketing statement was past due. The notice further provided that unless the docketing statement was filed on or before August 8, 2014, the appeal would be presented for dismissal in accordance with Texas Rule of Appellate Procedure 42.3. *See* TEX. R. APP. P. 32.1. The August 8 deadline

has passed, and Appellant has not complied with the court's request. Because Appellant has failed, after notice, to comply with Rule 32.1, the appeal is ***dismissed***. *See* Tᴇx. R. Aᴘᴘ. P. 42.3(c).

Opinion delivered August 20, 2014.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**AUGUST 20, 2014**

**NO. 12-14-00191-CV**

**DR. JANINE CHARBONEAU, DVM,**
Appellant
V.
**DONALD PAUL ZRINY, LOURDES HILL ZRINY,
COLLIN COUNTY, COLLIN COUNTY ANIMAL SERVICES
DEPARTMENT, COLLIN COUNTY SHERIFF DEPARTMENT,
DANNY DAVIS, MISTY BROWN, TERRY BOX, CHRIS WARE,
RUSSELL DRIVER, JAMES KIRK, AND NATHAN HOLDER,**
Appellees

Appeal from the 417th District Court

of Collin County, Texas (Tr.Ct.No. 417-04035-2013)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*